

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00610-CR

Joe A. **GOMEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4656
Honorable Ron Rangel, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to March 6, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Michael Stephen Raign          Nicolas A. Lahood
       115 E Travis St Ste 333        District Attorney, Bexar County
       San Antonio, TX 78205-1654     101 W. Nueva, Suite 370
                                      San Antonio, TX 78205